IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA, | * | |
| --- | --- | --- |
| Plaintiff, | * | |
| v. | * | CV 115-112 |
| BARBARA L. BELL, | * | |
| Defendant. | * | |

**O R D E R**

Now before the Court is the Government's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 2.) Accordingly, the Court hereby **DISMISSES WITHOUT PREJUDICE** all of the Government's claims. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA